IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JACETA ANYA STREETER,**

*Petitioner*,

v.                                          Case No.: 4:23cv11-MW/MAL

**WARDEN F.C.I. TALLAHASSEE,**

*Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2241, ECF No. 1, is **DENIED and dismissed**." The Clerk shall close the file.

**SO ORDERED** on September 10, 2025.

                              s/Mark E. Walker                    
                              **United States District Judge**